# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

**HUMAN RIGHTS DEFENSE CENTER**,

   P.O. Box 1151
   Lake Worth, Florida 33460

        Plaintiff,

  v.

**BUREAU OF PRISONS**,

   320 First Street, N.W.
   Washington, D.C. 20534

        Defendant.

Case No. _____

## COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

1.  This is an action under the Freedom of Information Act (FOIA) to compel the federal Bureau of Prisons (BOP) to make reasonably segregable, non-exempt portions of the manual promptly available pursuant 5 U.S.C. § 552(a)(3)(A) in response to a 2020 request by Plaintiff Human Rights Defense Center (HRDC), or, in the alternative, to immediately fulfill its obligations under 5 U.S.C. § 552(a)(2)(C) to affirmatively disclose non-exempt portions of the agency's SENTRY General Use Technical Reference Manual (T5802-02).

1

## JURISDICTION AND VENUE

2. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. §§ 552(a)(4)(B) and 552(a)(6)(C)(i).

3. Plaintiff's request for declaratory and other relief is properly subject to this Court's subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 2201(a), and 2202.

4. Venue is proper within this district under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1391(b)(1), (b)(2), and (e)(1).

5. Plaintiff has constructively exhausted all administrative remedies in connection with its FOIA request.

## PARTIES

6. Plaintiff HRDC is a nonprofit charitable organization incorporated under the laws of the State of Washington with its principal offices in Boynton Beach, Florida. HRDC is recognized as tax exempt under IRS Code § 501(c)(3). The core of HRDC's mission is public education, prisoner education, advocacy, and outreach in support of the rights of prisoners and in furtherance of basic human rights. Among other publications, HRDC distributes the preeminent news publication across penological institutions in the United States: *Prison Legal News* ("PLN").

7. Defendant BOP is a component of the U.S. Department of Justice and an agency within the meaning of 5 U.S.C. § 551(1). BOP has possession, custody, and control of records responsive to Plaintiff's FOIA requests.

## FACTS

**HRDC's Background and Mission**

8.  HRDC was founded in 1990. It is dedicated to public education, prison education, advocacy, and outreach to support the rights of prisoners and to further basic human rights.

9.  HRDC currently distributes dozens of different criminal justice, legal and self-help titles, including its prolific monthly periodical that reports and analyzes criminal justice news on a national level: *PLN*. Produced continuously since 1990, the publication has more than 5,000 subscribers across all 50 states, including lawyers, journalists, judges, courts, public libraries, and universities.

10. Surveys indicate that *PLN*'s readership is approximately ten times the subscriber number. HRDC also maintains a listserv and a website at www.prisonlegalnews.org, which receives approximately 600,000 visitors per month, according to site analytics. HRDC publishes books about the criminal justice system and legal issues for use by prisoners, lawyers, courts, libraries, and other members of the general public.

11. HRDC also publishes *Criminal Legal News* ("CLN"), a monthly 56-page magazine that reports on criminal law and procedure, police civil rights litigation, policing, prosecutorial misconduct, sentencing issues and mass incarceration. CLN currently has approximately 3100 subscribers in all 50 states and its website, www.criminallegalnews.org, receives over 250,000 visitors each month.

12. HRDC, through its publications, is a "representative of the news media" within the meaning of 5 U.S.C. § 552(a)(4)(A)(ii) because it gathers information of current interest to

the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience through its various publications.

13. HRDC's employees, publications, and advocacy activities (including its litigation) have been widely cited in mainstream media sources, including The New York Times, CNN, The Wall Street Journal, USA Today, The Nation, BusinessWeek, Mother Jones, the Miami Herald, the National Law Journal, The Atlanta Journal Constitution, The Sacramento Bee, the Boston Herald, The Washington Times, Columbia Journalism Review, Courthouse News Service, and the First Amendment Center.

**BOP's SENTRY System**

14. BOP is the nation's federal prison system, established in 1930.

15. Currently, BOP is responsible for over 155,000 incarcerated people in the U.S.[1]

16. The federal Bureau of Prisons (BOP) utilizes the SENTRY Inmate Management System (SENTRY) as its "mission-critical mainframe-based computer resource to track the system-wide movement of inmates."

17. BOP uses SENTRY to perform a sweeping array of functions, including, but not limited to: monitoring inmate population and movement, tracking and reporting billing amounts, managing inmate compliance with court-ordered financial obligations, tracking inmate disciplinary infractions, producing and routing administrative remedy data for internal

---

[1] See BOP: Population Statistics (last accessed Jun. 17, 2025) *available at* https://www.bop.gov/about/statistics/population_statistics.jsp#:~:text=155%2C888%20Total%20Federal%20Inmates&text=Data%20refreshed%20every%20Thursday%20at%2012%3A00%20A.M.

investigations, identifying inmates BOP deems requiring "special handling", designating inmates for incarceration at specific facilities, and calculating inmates' sentences."[2]

**Figure 1: DOJ-OIG Outline of SENTRY as it existed in 2003.[3]**



18.     The last publicly available audit of BOP's SENTRY system by the Department of Justice's Office of Inspector General (DOJ-OIG) found multiple weaknesses in BOP's use of the system "occurred because BOP management did not fully develop, document, or enforce the

---

[2] U.S. Dep't of Justice, Office of Inspector General, *Select Application Controls Review of the Federal Bureau of Prisons's Sentry Database System*, Report No. 03-25 (July 2003), hereinafter, "DOJ-OIG Audit", *available at* https://oig.justice.gov/sites/default/files/legacy/reports/BOP/a0325/final.pdf.

[3] *Available at* https://oig.justice.gov/reports/BOP/a0325/back.htm.

5

BOP policies in accordance with current Department policies and procedures." DOJ-OIG further concluded that if BOP failed to correct these weaknesses, they "could impair BOP's ability to fully ensure the integrity, confidentiality, and availability of data contained in SENTRY."[4]

19. BOP uses the information in SENTRY to determine where people will be incarcerated, for how long, and under what conditions.

20. These determinations, and the instructions to BOP staff for how to use SENTRY to make them, affect members of the public.

21. BOP has published at least two Program Statements specifically pertaining to the SENTRY system: P.S. No. 5324.07, SENTRY Psychology Alert Function (Mar. 13, 2007), and P.S. No. 5890.13 SENTRY: National On-Line Automated Information System (Dec. 14, 1999).[5]

**HRDC's FOIA Request**

22. On March 13, 2020, HRDC submitted a FOIA request seeking "a copy of the SENTRY General Use Technical Reference Manual (T5802-02) as well as copies of policies, protocols, or other guidelines that are currently in place within the Federal Bureau of Prisons to guide the assignment of prisoners to specific facilities.

---

[4] DOJ-OIG Audit at 11.

[5] *See* BOP Policies https://www.bop.gov/PublicInfo/execute/policysearch# using "SENTRY" as a search term. *Last accessed* Jun. 17, 2025.

23. On March 23, 2020, BOP responded to HRDC's request by assigning it request number 2020-02873 and determining the responsive "348 pages must be withheld in their entirety."

24. BOP cited FOIA exemptions 5, 7A, 7D, 7E, and 7F in support of its decision to withhold responsive records in full.

25. HRDC appealed BOP's decision on March 24, 2020.

26. BOP assigned the appeal number A-2020-00517 and, on July 10, 2020, informed HRDC the appeal was under attorney review.

27. As of the date of filing this action, BOP FOIA's appeals office has neither adjudicated HRDC's four-year-old administrative appeal nor provided an estimated date of completion.

28. Plaintiff has thus constructively exhausted all available administrative remedies.

29. BOP's "Freedom of Information Act" Page contains a tab purportedly allowing requestors like Plaintiff to track pending requests.[6]

30. However, as of the date of filing this action, neither of the assigned tracking numbers returns a result when typed into the agency's Congressionally mandated online tracking system.

31. As a frequent and regular correspondent with individuals incarcerated by BOP, HRDC has an ongoing interest in obtaining, analyzing, and publishing agency guidance and instructions to staff regarding the use of SENTRY to track and manage federal inmates.

---

[6] *See* https://www.bop.gov/foia/#tabs-0.

## CLAIMS FOR RELIEF

### COUNT I
### VIOLATION OF 5 U.S.C. § 552(a)(7)(B)(ii)

32. Plaintiff re-alleges and incorporates by reference all allegations in the foregoing paragraphs as if fully set forth herein.

33. Defendant must establish a telephone line or internet service to provide an estimated date on which the agencies will complete action on the request.

34. In violation of this statute, Defendant has failed to provide an estimated date on which HRDC's FOIA appeal adjudication would be completed, and failed to maintain its online tracking system.

### COUNT II
### VIOLATION OF 5 U.S.C. § 552(a)(4)(B)
### UNLAWFUL WITHHOLDING OF AGENCY RECORDS

35. Plaintiff re-alleges and incorporates by reference all allegations in the foregoing paragraphs as if fully set forth herein.

36. BOP is a government agency subject to the FOIA and must therefore make reasonable efforts to search for and release reasonably segregable, non-exempt requested records and otherwise lawfully support and provide the basis for any withholdings made pursuant to the exemptions provided by the FOIA.

37. Plaintiff has a legal right under the FOIA to the timely search and release of responsive, non-exempt agency records, and to a timely adjudication of its FOIA appeal.

38. BOP has engaged in an unlawful withholding by failing to adjudicate HRDC's appeal in a timely manner and failing to release responsive records or justify its withholdings.

## COUNT III
## VIOLATION OF 5 U.S.C. § 552(a)(2)(C)
## UNLAWFUL WITHHOLDING OF AGENCY RECORDS

39. Plaintiff re-alleges and incorporates by reference all allegations in the foregoing paragraphs as if fully set forth herein.

40. The agency records requested by HRDC through FOIA constitute "administrative staff manuals and instructions to staff that affect a member of the public," within the meaning of 5 U.S.C. § 552(a)(2)(C).

41. BOP has unlawfully withheld these materials by failing to affirmatively disclose these agency records as required by statute, in violation of FOIA's affirmative disclosure provisions.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Enter judgment on all counts in favor of Plaintiff and against Defendant;

2. Declare Defendant's withholdings under the FOIA unlawful and enjoin Defendant from continuing to withhold all non-exempt records responsive to the FOIA Requests;

3. Order Defendants to produce, within 20 days of the Court's order, or by such other date as the Court deems appropriate, all non-exempt records responsive to the FOIA Request, all reasonably segregable records responsive to the FOIA Request, and indices justifying the withholding of any responsive records withheld under any claim of exemption;

4. Award Plaintiff reasonable costs and attorneys' fees pursuant to 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C. § 2412(d)(1)(A); and

5. Award Plaintiff such further relief as the Court deems just, equitable, and appropriate.

Dated: July 31, 2025
    Washington, D.C.

Respectfully submitted,
*/s/ Deborah M. Golden*
Deborah M. Golden
DC Bar # 470-578
Golden Law
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20003
202-630-0332
dgolden@debgoldenlaw.com

Counsel for Human Rights Defense Center