**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | |
| *Plaintiff*, | Civil Action No. 25-2495 (JMC) |
| v. | |
| FEDERAL BUREAU OF PRISONS, | |
| *Defendant*. | |

**ERRATA**

Defendant, the Federal Bureau of Prisons ("BOP"), by and through undersigned counsel, respectfully submits this Errata to correct certain representations made by BOP in the parties' Joint Status Report filed on February 9, 2026. In the parties' prior Joint Status Report, BOP represented that it would process 50 pages of potentially responsive pages per week. This representation was made in error. Instead, BOP intended to commit to processing 50 pages of responsive records per month. The reasons for this are manifold and BOP is willing to answer any questions Plaintiff should have regarding this processing schedule. Should it be required, BOP is also willing to submit a declaration for Plaintiff's and the Court's review in order to explain the circumstances preventing BOP from processing records more quickly.

Dated: March 2, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       /s/ *Fithawi Berhane*
      FITHAWI BERHANE
      Assistant United States Attorney
      601 D Street, NW

1

Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*